IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DOUGLAS BISHOP,** **PLAINTIFF**
**#211457**

V.     CASE NO. 4:20-CV-138-KGB-BD

**JOHN STALEY,** *et al*.     **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.     Procedure for Filing Objections

This Recommendation has been sent to Judge Kristine G. Baker. Any party may file objections to this Recommendation if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

### II.     Discussion

Mr. Bishop was an inmate at the Lonoke County Detention Facility when he filed this civil rights lawsuit on February 7, 2020, without the help of a lawyer. (Doc. No. 2) Mail sent to Mr. Bishop from the Court was recently returned as "undeliverable." (Doc. No. 20) On April 14, the Court ordered Mr. Bishop to notify the Court of his new address within 30 days or risk dismissal of his complaint. (Doc. No. 21) That order was returned

to the Court, marked "undeliverable," on April 23. (Doc. No. 22) Local rules require pro se plaintiffs, including Mr. Bishop, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

### III.    Conclusion

The Court recommends that Mr. Bishop's claims be DISMISSED, without prejudice, based on his failure to comply with the April 14 Order (Doc. No. 21) and his failure to prosecute this lawsuit. The Defendants' motion for partial summary judgment (Doc. No. 16) should be DENIED, as moot.

DATED this 15th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE