IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DOUGLAS BISHOP**                                                                    **PLAINTIFF**

v.                                    Case No. 4:20-cv-00138-KGB-BD

**JOHN STALEY, Sheriff of Lonoke County, Arkansas;**
**KEVIN SMITH, Head Administrator of the Lonoke**
**County Sheriff's Office; and KEVIN MCCOY, Chief**
**Deputy of the Lonoke County Sheriff's Office**                                **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere on May 15, 2020 (Dkt. No. 23). Judge Deere recommends that plaintiff Jimmy Douglas Bishop's claims be dismissed without prejudice for want of prosecution and failure to comply with a court order. No objections have been filed to the Recommended Disposition, and the deadline for filing objections has since passed. Accordingly, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law. The Court dismisses, without prejudice, Mr. Bishop's claims. The Court denies as moot Judge Deere's February 10, 2020, Partial Recommended Disposition and defendants' motion for partial summary judgment (Dkt. Nos. 5, 16).

It is so ordered this 19th day of January, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge