# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JIMMY DOUGLAS BISHOP**                                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:20-cv-00138-KGB-BD**

**JOHN STALEY**, Sheriff of Lonoke County, Arkansas;
**KEVIN SMITH**, Head Administrator of the Lonoke
County Sheriff's Office; and **KEVIN MCCOY**, Chief
Deputy of the Lonoke County Sheriff's Office                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Jimmy Douglas Bishop's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge